UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GATES VILLAGE, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE CO.,<br><br>        Defendant | Civ. A. No. 1:22-cv-11521-AK |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

The plaintiff, Gates Village, LLC, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

    Respectfully submitted,

    GATES VILLAGE, LLC

    By its attorney:

    */s/ Theodore J. Folkman*

    Theodore J. Folkman (BBO No. 647642)
    FOLKMAN LLC
    53 State St., Suite 500
    Boston, MA 02109
    (617) 219-9664
    ted@folkman.law

Dated: September 29, 2022