UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GATES VILLAGE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE CO.,<br><br>    Defendant | Civ. A. No. 1:22-cv-11521-AK |

**JOINT STATEMENT**

Pursuant to Local Rule 16.1(d), the parties jointly submit the following proposed schedule.

1. The settlement proposal required by Local Rule 16.1(c) must be served by October 24, 2022, and defense counsel shall have conferred with his client on the subject of settlement and be prepared to respond by November 1, 2022.

2. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be served by November 19, 2022.

3. Except for good cause shown, no motion seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after December 9, 2022.

4. All discovery, other than expert discovery, must be completed by May 1, 2023. The parties do not believe that phased discovery is appropriate in this case.

5. The plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 1, 2023.

6. The defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by July 3, 2023.

7. Expert depositions must be completed by August 1, 2023.

8. Dispositive motions must be filed by September 1, 2023.

The parties submit that it is unnecessary to hold a scheduling conference on November 1, 2022, and they jointly request that the Court enter a scheduling order that incorporates the parties' proposal on schedule.

Respectfully submitted,

| | |
|---|---|
| GATES VILLAGE, LLC | AMGUARD INSURANCE CO. |
| By its attorney: | By its attorney: |
| */s/ Theodore J. Folkman* | */s/ David P. Russman* |
| Theodore J. Folkman (BBO No. 647642)<br>FOLKMAN LLC<br>53 State St., Suite 500<br>Boston, MA 02109<br>(617) 219-9664<br>ted@folkman.law | David P. Russman (BBO No. 567796)<br>McELROY, DEUTCH, MULVANEY &<br>CARPENTER, LLP<br>Ten Post Office Sq., Suite 800-S<br>Boston, MA 02108<br>(617) 748-5500<br>drussman@mdmc-law.com |

Dated: October 21, 2022