UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GATES VILLAGE, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE CO.,<br><br>        Defendant | Civ. A. No. 1:22-cv-11521-AK |

## PLAINTIFF'S CERTIFICATION

Pursuant to Local Rule 16.1(d), the undersigned certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

*/s/ Daniel Toubian*

Daniel Toubian, Manager
Gates Village, LLC

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Counsel to the Plaintiff